BARRETT DAFFIN FRAPPIER TURNER & ENGEL, LLP    BDFTE# 00000001419126
1900 ST. JAMES PLACE SUITE 500
HOUSTON, TX 77056
(713) 621-8673

Attorney for U.S. BANK, N.A. ITS ASSIGNS AND/OR SUCCESSORS IN INTEREST

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| IN RE: § | CASE NO. 09-60133-BP-13 |
| § | |
| BOBBY BRYAN DECKER and § | |
| CAPRICE MICHELLE DECKER, § | |
|    Debtor § | CHAPTER 13 |
| § | |
| U.S. BANK, N.A. ITS § | |
| ASSIGNS AND/OR SUCCESSORS IN § | |
| INTEREST, § | |
|    Movant § | |
| § | |
| v. § | |
| § | |
| BOBBY BRYAN DECKER and § | |
| CAPRICE MICHELLE DECKER; and § | |
| JOHN TALTON, Trustee § | |
|    Respondents § | |

## NOTICE OF TERMINATION OF AUTOMATIC STAY
## DUE TO FAILURE TO CURE DEFAULT

1. On December 16, 2009 an Agreed Order Conditioning Automatic Stay was entered by the Court. The Debtor failed to comply with the terms of the Agreed Order. Movant has given any and all Notices required to be given by the Agreed Order.

2. In accordance with the **Default Paragraph** of the Agreed Order, the automatic stay is terminated due to the failure of the Debtors to pay the February 01, 2010 and March 01, 2010 monthly mortgage payments. The automatic stay is terminated with respect to U.S. BANK, N.A. ITS ASSIGNS AND/OR SUCCESSORS IN INTEREST on property described as:

    ALL THAT CERTAIN LOT OF PARCEL OF LAND, BEING LOT SIX (6), BLOCK ONE THOUSAND FIVE HUNDRED ONE (1501) OF THE TERRA NOVA SUBDIVISION PHASE II TO THE CITY OF HENDERSON, RUSK COUNTY, TEXAS, ACCORDING TO THE PLAT OF SAID SUBDIVISION AS THE SAME APPEARS OF RECORD IN VOLUME 2443, PAGE 675 OFFICIAL RECORDS OF RUSK COUNTY, TEXAS.

Respectfully submitted,

BARRETT DAFFIN FRAPPIER
TURNER & ENGEL, LLP


BY: /s/ MITCHELL BUCHMAN
     MITCHELL BUCHMAN
     TX NO. 03290750
     1900 ST. JAMES PLACE SUITE 500
     HOUSTON, TX 77056
     Telephone: (713) 621-8673
     Facsimile: (713) 621-8583
     E-mail: EDECF@BBWCDF.COM
     ATTORNEY FOR MOVANT

BOBBY BRYAN DECKER and CAPRICE MICHELLE DECKER, Debtors
CASE NO. 09-60133-BP-13

## CERTIFICATE OF SERVICE

I hereby certify that on April 06, 2010, a true and correct copy of the foregoing Notice of Termination of Automatic Stay was served via electronic means as listed on the Court's ECF noticing system or by regular first class mail to the parties listed on the attached list.

Respectfully submitted,

BARRETT DAFFIN FRAPPIER
TURNER & ENGEL, LLP


BY: /s/ MITCHELL BUCHMAN    4/6/2010
    MITCHELL BUCHMAN
    TX NO. 03290750
    1900 ST. JAMES PLACE SUITE 500
    HOUSTON, TX 77056
    Telephone: (713) 621-8673
    Facsimile: (713) 621-8583
    E-mail: EDECF@BBWCDF.COM
    ATTORNEY FOR MOVANT

BOBBY BRYAN DECKER and CAPRICE MICHELLE DECKER, Debtors
CASE NO. 09-60133-BP-13

BY ELECTRONIC NOTICE OR REGULAR FIRST CLASS MAIL:

DEBTORS:
CAPRICE MICHELLE DECKER
205 MEADOWBRIAR STREET
HENDERSON, TX  75654

BOBBY BRYAN DECKER
205 MEADOWBRIAR STREET
HENDERSON, TX  75654

DEBTOR'S ATTORNEY:
GORDON MOSLEY
4411 OLD BULLARD ROAD #700
TYLER, TX  75703

TRUSTEE:
JOHN TALTON
PLAZA TOWER
110 N. COLLEGE AVE, 12TH FL
TYLER, TX  75702